**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: 5TH JUDICIAL DISTRICT | : No. 23 WM 2020 |
| (ALLEGHENY COUNTY) - DECLARATION | : |
| OF JUDICIAL EMERGENCY | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of November, 2021, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) and (s), which seeks permission for the President Judge of the Court of Common Pleas of Allegheny County to issue an Administrative Order concerning temporary procedures regarding certain residential landlord/tenant actions, is DENIED.